UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KAYVYON C. SAPP** | **DOCKET NO. 6:22-cv-06186**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BOBBY J. GUIDROZ, ET AL** | **MAGISTRATE JUDGE AYO** |

### REPORT AND RECOMMENDATION

Pro se plaintiff Kayvyon C. Sapp (Sapp) filed a civil rights complaint, pursuant to 42 U.S.C. § 1983 on December 8, 2022. Doc. 1. Sapp is an inmate in the custody of the Louisiana Department of Corrections, currently incarcerated at the River Bend Detention Center. On January 27, 2023, Sapp filed a Voluntary Motion to Dismiss, Motion to Appoint Counsel and Motion to Cancel Filing Fee. Doc. 4. This matter is referred to the undersigned for review, report, and recommendation in accordance with 28 U.S.C. § 636 and the standing orders of the court.

**IT IS RECOMMENDED** that the Motion to Dismiss be **GRANTED** and Plaintiff's claims be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER RECOMMENDED** that Plaintiff should be ordered to pay a filing fee. He was proceeding in forma pauperis. Doc. 2. However, pursuant to the undersigned's Memorandum Order (doc. 3), Plaintiff is required to make monthly payments of 20% of the preceding month's income credited to his account until the full amount of the filing fee is paid. The Sheriff, Warden, or authorized prison official shall forward such payments from the inmate's account to the Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083, each time the amount in the inmate's account exceeds $10.00 until the balance of the $350.00 filing fee is paid in full.

-2-

**IT IS FURTHER RECOMEMNDED** that Plaintiff be ordered to notify the Court of a new facility or forwarding address should he be transferred to another facility or released from custody.

**IT IS FURTHER RECOMMENDED** that the request for appointment of counsel be **DENIED** as moot.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 2nd day of March, 2023.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**