UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KAYVYON C. SAPP | DOCKET NO. 6:22-cv-06186 |
| | SECTION P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| BOBBY J. GUIDROZ, ET AL | MAGISTRATE JUDGE AYO |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the request for appointment of counsel be **DENIED** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 5th day of April, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that in addition to the reasons set forth by the Magistrate Judge in the Report and Recommendation with regard to payment of the filing fee, the United States Court of Appeals for the Fifth Circuit instructs: "A prisoner proceeding [in forma pauperis] in the district court is obligated to pay the full filing fee upon the filing of a complaint. § 1915(b)(1). No relief from an order directing payment of the filing fee should be granted for a voluntary dismissal." *Hatchet v. Nettles*, 201 F.3d 651, 654 (5th Cir. 2000) (citing *Williams v. Roberts*, 116 F.3d 1126, 1128 (5th Cir. 1997)).